**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Saintwain Ronnie ROBERTS,**
**Defendant–Appellant.**

**No. 14–15708**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 27, 2015.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Henry Nelson Crane, III, Durham & Crane Law Firm, Augusta, GA, for Defendant–Appellant.

Before HULL, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

Henry N. Crane III, appointed counsel for Saintwain Ronnie Roberts in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Roberts's conviction and sentence are **AFFIRMED.**